# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2162
LT Case No. 07-CF-199-A

_____

GERMAN GONZALEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Seth E. Miller and Brandon M. Scheck, of Innocence Project of Florida, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.


February 20, 2024


PER CURIAM.

AFFIRMED.


MAKAR, HARRIS, AND MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————